# Exhibit 2

## Program Order Form

Organization: Alliance University                                             Date: 9/29/2022

Attn: R Lizzie Wahab
1 South Boulevard
Nyack, NY 10960-3698

**Program and Program Fees:**

Organization will have access to the Program services set forth below (the "Services"), which are as described in greater detail in each applicable Program Scope attached as Exhibit A.

During the Program Term, the Services will be delivered in all material respects as described in each applicable Program Scope.

| Program(s) Term: September 30, 2022 - June 30, 2023 | | Quantity | | Fees |
|---|---|---|---|---|
| **Enroll 360: Apply   (Application Marketing)** | | | $ | 90,402.00 |
| Previously Purchased Senior Names | 25,000 e-only | 25,000 Names | | |
| Senior New Names | | 25,000 Names | | |
| **Total** | | | $ | 90,402.00 |

| Program(s) Term: July 1, 2023 - June 30, 2024 | | Quantity | | Fees |
|---|---|---|---|---|
| **Enroll 360: Apply   (Application Marketing)** | | | $ | 137,971.09 |
| Previously Purchased Senior Names | 25,000 e-only | 25,000 Names | | |
| Senior New Names | | 25,000 Names | | |
| **Enroll 360: Cultivate** | | | $ | 119,918.29 |
| Inquiry Generation, Re-engagement & Nurture | | | | |
| Inquiry Generation | | 30,000 Names | | |
| **Total** | | | $ | 257,889.38 |

| Program(s) Term: July 1, 2024 - June 30, 2025 | | Quantity | | Fees |
|---|---|---|---|---|
| **Enroll 360: Apply   (Application Marketing)** | | | $ | 182,224.22 |
| Previously Purchased Senior Names | 25,000 e-only | 25,000 Names | | |
| Senior New Names | | 25,000 Names | | |
| **Enroll 360: Cultivate** | | | $ | 158,671.31 |
| Inquiry Generation, Re-engagement & Nurture | | | | |
| Inquiry Generation | | 30,000 Names | | |
| **Total** | | | $ | 340,895.53 |

**Estimates and Passthroughs:**

| Program Term: September 30, 2022 - June 30, 2023 | | Fees |
|---|---|---:|
| Postage Costs | $ | 4,850.00 |
| Media Costs | $ | 4,000.00 |
| List Costs | $ | 14,657.00 |

| Program Term: July 1, 2023 - June 30, 2024 | | Fees |
|---|---|---:|
| Postage Costs | $ | 11,207.00 |
| Media Costs | $ | 6,592.00 |
| List Costs | $ | 34,691.00 |

| Program Term: July 1, 2024 - June 30, 2025 | | Fees |
|---|---|---:|
| Postage Costs | $ | 11,544.00 |
| Media Costs | $ | 6,791.00 |
| List Costs | $ | 35,732.00 |

**Supplemental Fees (represents the costs to add additional volume above and beyond what is included in the tables above):**

| Program Term: September 30, 2022 - June 30, 2023 | | | Fees |
|---|---|---|---:|
| **Enroll 360: Apply** | | | |
|   Previously Purchased Senior Names | | | |
| | Additional Program | $ | 575.18 /M |
| | Additional Postage | $ | 194.00 /M |
| | Additional Media | $ | 80.00 /M |
|   Senior New Names | | | |
| | Additional Program | $ | 2,498.49 /M |
| | Additional Postage | $ | 194.00 /M |
| | Additional Media | $ | 80.00 /M |

| Program Term: July 1, 2023 - June 30, 2024 | | | Fees |
|---|---|---|---:|
| **Enroll 360: Apply** | | | |
|   Previously Purchased Senior Names | | | |
| | Additional Program | $ | 830.85 /M |
| | Additional Postage | $ | 199.82 /M |
| | Additional Media | $ | 82.40 /M |
|   Senior New Names | | | |
| | Additional Program | $ | 3,860.17 /M |
| | Additional Postage | $ | 199.82 /M |
| | Additional Media | $ | 82.40 /M |
| **Inquiry Generation, Re-engagement & Nurture** | | | |
|   Inquiry Generation | | | |
| | Additional Program | $ | 1,638.94 /M |
| | Additional Postage | $ | 207.03 /M |
| | Additional Media | $ | 82.40 /M |

| Program Term: July 1, 2024 - June 30, 2025 | | | Fees |
|---|---|---|---:|
| **Enroll 360: Apply** | | | |
|   Previously Purchased Senior Names | | | |

|  |  |  |  |
|---|---|---|---|
|  | Additional Program | $ | 1,159.39 /M |
|  | Additional Postage | $ | 205.81 /M |
|  | Additional Media | $ | 84.87 /M |
| Senior New Names |  |  |  |
|  | Additional Program | $ | 5,036.23 /M |
|  | Additional Postage | $ | 205.81 /M |
|  | Additional Media | $ | 84.87 /M |
| **Inquiry Generation, Re-engagement & Nurture** |  |  |  |
| Inquiry Generation |  |  |  |
|  | Additional Program | $ | 2,201.12 /M |
|  | Additional Postage | $ | 213.24 /M |
|  | Additional Media | $ | 84.87 /M |

*Additional Program Cost per 1,000 ("$/M"), Additional Postage Cost $/M, Additional Media Cost $/M, and/or Additional Cost per 100 ("$/C") will be applied if the actual quantity volumes are higher than those included in the Program and Program Fees tables above.

The Program Order Form is made pursuant to the Master Agreement available at http://eab.com/terms/master, which along with the applicable scopes of services for the Programs, that are incorporated herein by reference, form the entire agreement between the parties with respect to the Programs (and together with any other applicable agreements or supplements, the "Agreement").

**Invoicing**:

Organization's Invoicing schedule is attached hereto as Exhibit B of the POF.

**Additional Terms**:

Organization shall have the option to add EAB custom application in FY24 for an additional $27,026 and in FY25 for an additional $35,259. Should Organization elect to add EAB custom application in FY24 and FY25, Organization must provide written notice to EAB by April 1, 2023.

Organization may elect to discontinue the Program(s) effective 6/30/2024 (the "Early Termination Date") by providing written notice of its intent to terminate the Program(s) no less than 90 days prior to the Early Termination Date, in which case the Program(s) will cease on the Early Termination Date. If you do not provide such written notification on or before the Early Termination Date, the Program(s) will continue in accordance with the terms of this Program Order Form.

Each party represents and warrants to the other that the individual signing below on its behalf is authorized to enter into this Agreement and bind such party. The parties agree and acknowledge that any purchase order or other document subsequently provided by Organization with respect to the Program(s) above that contain additional, conflicting, or different term and condition or otherwise would amend, modify, or supplement this Agreement are unenforceable and shall be deemed null and void

Please sign this Program Order Form and return it to Corey Davis cdavis@eab.com to initiate your participation in the Program(s) **no later than** 9/30/2022(after which fees and terms set forth above are subject to change).

| **EAB Global, Inc.:** |  | **Alliance University:** |
|---|---|---|
| Signature: *Alyssa M. Franklin* | | Signature: *Rehnuma Lizzie Wahab* |
| Name: Alyssa Franklin | | Name: Rehnuma Lizzie wahab |
| Title: Executive Director | | Title: VPEM |
| Date: 9/29/2022 | | Date: 09/30/2022 |

3



# Exhibit A

# Program Scope—Enroll360 Solutions

Below is a comprehensive description of all the services comprising EAB's Enroll360 Solutions program (the "Program"). Your Program Order Form sets forth those specific services to which you have subscribed which may include some or all these services.

A. **Coordination of Services**

Upon execution of this Program Order Form, EAB will assign a team led by key senior EAB staff member (Principal or Strategic Leader) who will serve as Organization's primary point of contact and work collaboratively with Organization leaders and staff to meet the program objectives outlined herein.

The EAB staff member is responsible for coordinating service delivery and program management across the Term, including program messaging, sequencing, and utilization of paper and electronic media.

EAB staff is available to travel to Organization's campus as well as host Organization staff at EAB's premises, to the extent permissible by Organization's policies and procedures, to discuss the services provided under the terms of this Agreement. All associated travel costs are assumed by EAB; the Organization is not assessed any incremental fees for travel.

EAB staff will monitor and coordinate the following services along with the descriptions in Summary of Program Services for Organization as applicable:

- Audience recommendations for optimal results (including, as applicable, list recommendations and list order placement)
- Creative development: copy and design of all communication channels (print packages, emails, web pages, display ads, SMS text messages)
- Production of printed materials
- Development and hosting of program response sites
- Automated, regular exchange of Organization data via secure FTP to EAB
- Return of required responder data to the Organization's student information system ("SIS"), enterprise resource planning ("ERP") system or customer relationship management ("CRM") system
- Mailing and mail tracking
- Email deployment and delivery tracking
- Interim and final analyses
- Use of EAB's proprietary methods and systems

In addition, during the term of this Agreement and to the extent applicable, Organization has access to the following:

- Enrollment IQ, a comprehensive, full funnel performance monitoring dashboard that allows you to track enrollment metrics using your entering class data (available for freshman audiences only upon EAB's regular receipt of Organization's entering class files).
- College Greenlight Community Based Organization (CBO) Network and thought leadership seminars in support of

institution's access and equity goals.
- **MyAnalytics™**, EAB's Organization-only website, for real-time program reporting and analysis to applicable campaigns.
- Benchmarking reports in which EAB will compare enrollment metrics for Organization against a set of peer institutions (available for freshman audiences only upon EAB's regular receipt of Organization's entering class files).
- EAB's proprietary enrollment research through EAB.com and other consultative resources.

B. **Summary of Program Services**

1. **Cultivate**
   - Cultivate (formerly known as "Search"), includes the development, deployment, management and analysis of a comprehensive multi-channel marketing program.
   - Cultivate includes the development and management of a robust communication stream for students and their parents, and includes the following elements:
     - Inquiry Generation: Students are contacted whose profiles and characteristics make them a strong potential match for Organization. The production of multiple offers is included in the campaign to engage students and incite them to express interest in the school. Through our proprietary matching algorithm against a consumer database, parents are also identified and engaged through the marketing campaign.
     - Nurture: Student responders and all other inquiries for the school (including YouVisit and Cappex as applicable) are flowed into the Nurture campaign, a robust communication stream that extends through the student's junior year of high school. This element of the campaign serves to cultivate student interest in the school until time of application.
     - Re-engagement: Students who do not respond to Inquiry Generation are periodically re-engaged via email with the intent of driving a response.
     - Parents: Parents of students who respond receive ongoing communications for the purpose of engaging them in the college search process, supporting their student, and learning more about the school.
   - If Organization enrolls in Cappex Inquiry Subscription, Organization may receive gratis access to student information sourced through the Cappex platform. These students ("**Cappex Candidates**") have expressed interest in hearing from any institution that may be interested in students like themselves and may be included in Organization's campaign strategy as applicable.
   - To the extent that Organization is a YouVisit Virtual Tour partner, promotion of the YouVisit Virtual Tour is integrated into the Cultivate campaign and drives traffic from prospective students.
   - To the extent that Organization is a Wisr partner, students who respond to the Cultivate campaign will be seamlessly flowed into a Wisr Virtual Community through the Prospective Student Hub.
   - Parent Cultivate is an influencer marketing campaign using innovative strategies to identify and engage parents of Searched students. Parent Cultivate includes the identification, creation, deployment, management and analysis of a comprehensive communications program for parents of students within your target student audiences.
   - The following populations will be included in the campaign:
     - Parents of sophomores and juniors whose contact information is provided through Student Search; and
     - Newly identified parents who are found through artificial intelligence models built on top of consumer databases.
   - With the ultimate goal of increasing the number of parents engaging early in conversation about their student's college search process, parents are identified by:
     - Utilizing the Student Search purchased list from list sources and matching against a national consumer database.
     - Using a matching algorithm, parent names and email addresses of students from the purchased lists are

5

- identified.
  - Matched parents are sent a Parent Cultivate marketing campaign, encouraging engagement, data collection, and relevant communications.
- Each parent will receive multiple emails that drive to a dedicated landing page for the parent experience. An online PDF offer brochure is provided as part of the communications program, intentionally utilizing the same version as provided to their student in the Student Search Program.
- Cultivate may also include an interactive offer to be promoted and available online to interested students.

2. **Apply (Custom Application Marketing - Optional)**
   - Custom Application Marketing will include the development, deployment, management and analysis of a comprehensive multi-channel communications program that will contact high school seniors whose achievements, characteristics and prior actions make them desirable candidates for admissions and enrollment as freshmen by Organization.
   - Custom Application Marketing will encourage students to submit an application for admission to Organization, and includes the provision of an online admissions application, designed for ease of completion, personalized with each student's name and other pertinent information, and branded uniquely for Organization.
   - Through our proprietary matching algorithm against a consumer database, parents are identified and engaged through an email marketing campaign.
   - If Organization has elected to utilize EAB's web application, A self-initiated application experience will be built to capture applicants on your .edu site inclusive of an email stream driving urgency and encouraging completion.
   - Custom Application Marketing features an application for smartphones and tablets, allowing students to browse and submit their application using a mobile method.
   - Submitted applications data will be available to you on a daily basis for direct download in a pre-established and tested format.
   - The Parchment Platform will be available for students applying with an EAB Custom Application to enable secure electronic submission of documents required for admissions, including a high school transcript. EAB will process and facilitate transfer of student applicant data to Parchment to be joined with documents transferred through the Parchment Platform.
   - Custom Application Marketing also includes the following to the extent applicable:
     - Early Application Marketing ("**EAM**"): a multi-channel campaign to students and parents in expressing your interest in the student and laying the foundation for your invitation to apply.
     - An Application Deadline Mailing ("**ADM**") or Digital Deadline Reminder ("**DDR**") timed to arrive just prior to your most significant application deadline with messaging to encourage completion and submission of the application. The ADM or DDR will be sent to applicable audiences in your campaign who have not yet submitted your admissions application.
   - If Organization enrolls in Cappex Inquiry Subscription, Organization may receive gratis access to student information sourced through the Cappex platform. These students ("**Cappex Candidates**") have expressed interest in hearing from any institution that may be interested in students like themselves and may be included in Organization's campaign strategy as applicable.

3. **Apply (Application Marketing)**
   - Application Marketing will include the development, deployment, management and analysis of a comprehensive multi-channel communications program that will contact high school seniors whose achievements, characteristics and prior actions make them desirable candidates for admissions and enrollment as freshmen by Organization.
   - With the ultimate goal of increasing the number of parents engaging early in the college application process, parents

6

are identified by:
- Utilizing the student campaign data and matching against a national consumer database.
- Using a matching algorithm, parent names and email addresses of students from the campaign data are identified.
- Matched parents are sent email outreach to encourage engagement in the application process.

- Application Marketing also includes the following to the extent applicable:
  - An Early Application Marketing ("**EAM**"): a multi-channel campaign to students and parents in expressing your interest in the student and laying the foundation for your invitation to apply.
  - An Application Deadline Mailing ("**ADM**") or Digital Deadline Reminder ("**DDR**") timed to arrive just prior to your most significant application deadline with messaging to encourage completion and submission of the application. The ADM or DDR will be sent to applicable audiences in your campaign who have not yet submitted your admissions application.

- If Organization enrolls in Cappex Inquiry Subscription, Organization may receive gratis access to student information sourced through the Cappex platform. These students ("**Cappex Candidates**") have expressed interest in hearing from any institution that may be interested in students like themselves and may be included in Organization's campaign strategy as applicable.

C. **Data & Technical Specifications**

General Requirements: In order to provide Organization with the services outlined above in a timely and accurate manner, Organization agrees to complete the following requirements related to data exchange by the specified dates or milestones.

- Identify a Data Lead(s) and participate in Data Planning Call(s) within one (1) week of EAB's request
- Provide comprehensive and valid data files as outlined below on or before a date agreed upon in the Data Planning Call(s)
- Coordinate with EAB to ensure that the application data are reliable and valid. EAB will provide test cases for Organization to validate against their source systems [Not Applicable to Financial Aid Optimization]
- Share Single Sign On protocol to establish secure identity management between systems within the first six weeks of the start of the Program Term [Only Applicable to the Transfer Portal programs]
- Automate data feeds at EAB-requested frequency by the end of the data implementation

Program Data Requirements: Pursuant to the timeline above, Organization will transmit valid data files from the below source systems to EAB's secure data center that correspond to the applicable Program(s) provided herein.

| Program | Source Systems | Details |
|---|---|---|
| Enroll360 Marketing Solutions (Cultivate, Application Marketing, etc.) | SIS, ERP, and/or CRM | Including current and historical entering class data (up to 3 finalized years) |
| Financial Aid Optimization | SIS, ERP, Financial Aid System(s), and/or CRM | Including current and historical admitted and enrolling students (up to 5 finalized years) |
| Transfer Portal | SIS, Degree Audit | Institutional course equivalencies and AP/IB/CLEP exams; degree rules |

Data Integration Services

EAB's Data Integration Services are a set of highly recommended yet optional delivery services provided at no additional

cost to generate necessary Organization data from Organization's SIS, ERP or CRM to implement the Program(s) outlined herein. This service is available for the following source systems: Ellucian Banner, Campus-Vue, Peoplesoft, PowerCampus, Slate, Target X (includes Jenzabar JRM), Jenzabar CX, Jenzabar EX, CAMS, Hobsons Connect, Ellucian Colleague on SQL Server (not Unidata), and Campus-hosted or Cloud-hosted Ellucian Recruit/Recruiter (required connection to established backend database). If you have a different source system, EAB will conduct a feasibility assessment to determine if EAB can provide Data Integration Services for that system. EAB is not in any case responsible for third-party licensing fees to extract or integrate data from the above source systems as part of the Data Integration Services or any subsequent data integration or extraction work from any data source, even if provided as part of the Data Integration Services described below.

- *Implementation Support* – If applicable, in providing the Data Integration Services, EAB will, where possible:
    - Outline source data fields required for implementation of Program(s) in consultation with EAB staff and Organization subject matter experts;
    - Create SQL queries to extract data or code in the Query Environment specified above to output data files for implementation of the Program(s);
    - Develop query logic and/or code to generate regular updates of the output data files on a frequency needed by the Program(s); and
    - Work with Organization's staff to integrate the Data Integration Services queries or code into the production environment.
- *Institution Support Requirements* – If applicable, EAB will provide Organization with the Data Integration Services at no additional cost. Shortly after executing the Agreement, Organization and an assigned team of EAB employees will participate in a "Technical Planning Call" to discuss the project implementation and utilization of the Data Integration Services and will provide a project implementation plan. Organization is required to provide access to the applications named above within two (2) weeks of the Technical Planning Call. In the event Organization does not provide access to the required applications within two weeks, EAB may assess a one-time fee of up to $15,000 per applicable source system for the Data Integration Services pursuant to a written addendum.
- *Data Access Permissions* – Organization will coordinate the delivery to EAB of any and all confidentiality agreements, data use agreements, or similar agreements required by Organization's source system vendor(s) in order to permit EAB access to interact with Organization's source system(s) and deliver appropriate data feeds to EAB. All such documentation shall be delivered to EAB one (1) week after the Technical Planning Call.

System Conversions, Upgrades and Other Changes

Program fees are based upon Organization's current source system(s). For any system conversions and/or material upgrades that impact integration points such as web-service APIs that require reprocessing, remapping and revalidation of data, EAB will require a one-time re-implementation fee based on the source system impacted included in the table below. In addition, Organization agrees to notify EAB in writing at least six (6) months in advance of any system conversions and/or material upgrades which require reprocessing, remapping, and revalidation of data. A signed addendum agreed to by both parties must be completed prior to starting any re-implementation. EAB is not responsible for any impacts on or delays to the Program(s) due to any system modifications.

| Source System | One-Time Fee |
| --- | --- |
| SIS | 10% of applicable current FY program fees, OR a maximum of $40,000 |
| Degree Audit System | 5% of applicable current FY program fees, OR a maximum of $20,000 |
| CRM | 5% of applicable current FY program fees, OR a maximum of $20,000 |
| Financial Aid System | 5% of applicable current FY program fees, OR a maximum of $10,000 |

Data Aggregation: EAB may aggregate or analyze student-level and institutional-level data across Organization cohorts to

8

enhance the Program(s). EAB may provide these insights from such analysis to Organization in various forms, for example, benchmarking Organization's performance against a group of peer institutions, which may include data at the individual student level. EAB may also use such information to optimize and improve the efficacy of the Program(s) relative to individual students, such as modifying communication strategies based on student-level or parent-level behavior across all of EAB's interactions with such individual.

## Exhibit B

**Program Term: September 30, 2022 - June 30, 2023**

| First Installment following execution of Agreement | 75% Program Costs | 100% Postage | 100% Media | Total Invoice |
|---|---|---|---|---|
| | $67,802.00 | $4,850.00 | $4,000.00 | $76,652.00 |
| **Second Installment in January 2023** | **25% Program Costs** | | | **Total Invoice** |
| | $22,600.00 | - | - | $22,600.00 |

**Program Term: July 1, 2023 - June 30, 2024**

| First Installment in July 2023 | 75% Program Costs | 100% Postage | 100% Media | Total Invoice |
|---|---|---|---|---|
| | $193,417.00 | $11,207.00 | $6,592.00 | $211,216.00 |
| **Second Installment in January 2024** | **25% Program Costs** | | | **Total Invoice** |
| | $64,472.38 | - | - | $64,472.38 |

**Program Term: July 1, 2024 - June 30, 2025**

| First Installment in July 2024 | 75% Program Costs | 100% Postage | 100% Media | Total Invoice |
|---|---|---|---|---|
| | $255,672.00 | $11,544.00 | $6,791.00 | $274,007.00 |
| **Second Installment in January 2025** | **25% Program Costs** | | | **Total Invoice** |
| | $85,223.53 | - | - | $85,223.53 |