# Exhibit 3



EAB Global, Inc.
2445 M Street NW
Washington, DC 20037

**Program Order Form**

Organization: Alliance University
Attn: Henok Ephraim
2 Washington St, New York, NY 10004
New York, NY 10004

Date: 3/16/2023

**Program and Program Fees:**

Organization will have access to the Program services set forth below (the "Services"), which are as described in greater detail in each applicable Program Scope available here:

**Navigate -** https://scopes.eab.com/navigate

During the Program Term, the Services will be delivered in all material respects as described in each applicable Program Scope.

| Program(s) Term: March 31, 2023 - March 30, 2024 | Quantity | Fees | |
|---|---|---|---|
| **Navigate - 4 Year** | 1,999 Students | $ | 42,900.00 |
|     Core (4 Year) | | | |
|         Administrative & Travel Fee | | $ | 5,000.00 |
|     Milestone Guidance (4 Year) | | | |
|     LMS Integration | | | |
| **Total** | | $ | 47,900.00 |

| Program(s) Term: March 31, 2024 - March 30, 2025 | Quantity | Fees | |
|---|---|---|---|
| **Navigate - 4 Year** | 1,999 Students | $ | 44,187.00 |
|     Core (4 Year) | | | |
|         Administrative & Travel Fee | | $ | 5,000.00 |
|     Milestone Guidance (4 Year) | | | |
|     LMS Integration | | | |
| **Total** | | $ | 49,187.00 |

| Program(s) Term: March 31, 2025 - March 30, 2026 | Quantity | Fees | |
|---|---|---|---|
| **Navigate - 4 Year** | 1,999 Students | $ | 45,512.61 |
|     Core (4 Year) | | | |
|         Administrative & Travel Fee | | $ | 5,000.00 |

|  |  |  |
|---|---:|---:|
| Milestone Guidance (4 Year) |  |  |
| LMS Integration |  |  |
| **Total** | **$** | **50,512.61** |

**One Time Fee:**

| Program Term: March 31, 2023 - March 30, 2024 |  | Fees |
|---|---:|---:|
| **Navigate - 4 Year** |  |  |
| Implementation Fee | $ | 15,000.00 |
| **Navigate - 4 Year** |  |  |
| LMS Implementation Fee | $ | 10,000.00 |
| **Total** | **$** | **25,000.00** |

The fees offered in this Program Order Form are based on the Program(s) above and any other existing Programs you may have purchased from us. In the event you terminate or discontinue any Program, including any Program in this Program Order Form, prior to the expiration of its Program Term, the Fees may be subject to increase. Any Fees, unless denoted as one-time, reflect the annual price for each year of the Program Term or any portion thereof (each, a "Year").

This Program Order Form is made pursuant to the Master Agreement dated as of 9/29/2022, which along with the applicable scopes of services for the Program, that are incorporated herein by reference, form the entire agreement between the parties with respect to the Programs (and together with any other applicable agreements or supplements, the "Agreement").

**Invoicing**:

Services will commence at the designated Start Date of the Program Term. EAB will invoice Organization in advance of Services and payment is due within 30 days of the invoice date. Any One-Time Fees will be invoiced at 100% with The Program Fees on the initial invoice of each Year of this agreement as outlined below.

All One-Time Fees for the first Year will be billed and due within 30 days of the signature of this Agreement. Organization agrees to pay the Program Fees for the first Year on October 31, 2023. In subsequent years, All Program Fees will be billed and due on or before the start of each Year.

Each party represents and warrants to the other that the individual signing below on its behalf is authorized to enter into this Agreement and bind such party. The parties agree and acknowledge that any purchase order or other document subsequently provided by Organization with respect to the Program(s) above that contain additional, conflicting, or different term and condition or otherwise would amend, modify, or supplement this Agreement are unenforceable and shall be deemed null and void.

Please sign this Program Order Form and return it to Cole Stefan cstefan@eab.com to initiate your participation in the Program(s) **no later than** 3/31/2023(after which fees and terms set forth above are subject to change).

| EAB Global, Inc.: | Alliance University: |
|---|---|
| Signature: *Alyssa M. Franklin* | Signature: *David Turk* |
| Name:  Alyssa Franklin | Name:  David Turk |
| Title:  Executive Director | Title:  Provost |
| Date:  3/16/2023 | Date:  03/17/2023 |

## OPTIONAL FOR BILLING PURPOSES ONLY

Invoices should be sent by EAB to this Email Address: _____
Billing Contact Name: _____
Billing Contact Email Address: _____
Billing Contact Phone: _____
Purchase Order No. (if applicable): _____

PROPOSAL | Q-171128