UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EAB GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIANCE UNIVERSITY, <br><br> Defendant. | Civil Action No. 24-1303 (PLF) |

## ORDER

This matter is before the Court on Plaintiff EAB Global Inc.'s Motion for Entry of Default Judgment Against Defendant Alliance University ("Mot.") [Dkt. No. 9]. EAB Global Inc. ("EAB Global") alleges that Alliance University has failed to make certain payments in connection with two services EAB Global provided to Alliance University – "Enroll360" and "Navigation." See Complaint [Dkt. No. 1] ¶ 26. As a result of this failure to pay, EAB Global now seeks a judgment for $418,729.96 against Alliance University. See Mot. at 3. The total judgment amount is composed of three different sums: (1) $363,181.88 in unpaid invoices owed to EAB Global; (2) $55,143.08 in late fees on the unpaid invoices amount; and (3) $405.00 in filing fees. See Mot. ¶ 13-15. Both the complaint and EAB Global's motion for entry of default judgment assert these totals without providing sufficient information as to their calculation.

A party moving for default judgment "must prove its entitlement to the amount of monetary damages requested using detailed affidavits or documentary evidence on which the court may rely." Boland v. Providence Constr. Corp., 304 F.R.D. 31, 36 (D.D.C. 2014)

(Jackson, J.) (cleaned up); see Bozzuto Contractors, Inc. v. Evans, Civ. No. 19-03292 (TNM), 2020 WL 7042766, at *3 (D.D.C. Dec. 1, 2020). In the instant motion, the Court is unable to determine EAB Global's entitlement to the requested damages because EAB Global "simply list[s]" the amount it alleges is owed in unpaid invoices and late fees "without any explanation as to their calculation." GAG Enterprises, Inc. v. Rayford, 312 F.R.D. 230, 234 (D.D.C. 2015). In order to secure the amount EAB Global seeks, EAB Global "needs to submit documentary evidence justifying the damages it alleges and an explanation of its calculations." Bozzuto Contractors, Inc. v. Evans, 2020 WL 7042766, at *3; see Int'l Painters & Allied Trades Indus. Pension Fund v. Dettrey's Allstate Painting, LLC, 763 F. Supp. 2d 32, 36 (D.D.C. 2011) (denying motion for default judgment without prejudice where "plaintiffs [ ] failed to provide the court with sufficient information to ascertain monetary damages with reasonable certainty").

In light of the foregoing, it is hereby

ORDERED that EAB Global shall, on or before March 14, 2025, file an affidavit or declaration justifying the damages it alleges and providing a detailed explanation as to the calculation of each of the itemized damages incurred.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 2/24/25