IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EAB GLOBAL, INC.,<br><br>2445 M Street, NW<br>Washington, D.C. 20037,<br><br>        Plaintiff,<br><br>v.<br><br>ALLIANCE UNIVERSITY,<br><br>2 Washington Street<br>New York, New York 10004,<br><br>        Defendant. | Case No. 1:24-cv-1303 |

**SUGGESTION OF DEFENDANT'S BANKRUPTCY PETITION**

COMES NOW Plaintiff EAB Global, Inc. and provides notice that, on December 24, 2024, Defendant Alliance University, filed a voluntary petition (the "Petition") for bankruptcy under Title 11, Chapter 7 of the United States Code, in the United States Bankruptcy Court for the Southern District of New York.[1]  Case No. 24-12439.  A true and correct copy of the Petition is attached hereto as **Exhibit A**.

In accordance with 11 U.S.C. § 362(a), the Petition operates as a stay of this action, and Plaintiff respectfully requests that the Court take no action until the automatic stay terminates or is lifted, modified, or annulled such that this action may continue.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] Counsel for Plaintiff attempted, without success, to speak with Defendant's bankruptcy counsel ahead of filing of this Suggestion of Bankruptcy.

4915-9864-9639

Dated:  March 14, 2025

Respectfully submitted,

EAB GLOBAL, INC.

By:   *Frederick S. Rudesheim*

Frederick S. Rudesheim, D.C. Bar # 90015817
Caitlin R. Convery, Bar No. 1047624
SHOOK, HARDY & BACON, LLP
1800 K Street, N.W., Suite 1000
Washington, D.C. 20006
Telephone: (202) 639-5603
Facsimile: (202) 783-4211
Email: frudesheim@shb.com

*Attorneys for Plaintiff EAB Global, Inc.*

4915-9864-9639

## CERTIFICATE OF SERVICE

I, Frederick S. Rudesheim, an attorney, certify and state that on March 14, 2025, I caused a true and correct copy of PLAINTIFF EAB GLOBAL, INC.'S SUGGESTION OF DEFENDANT'S BANKRUPTCY PETITION to be filed electronically. Notice of this filing will be sent through the Court's CM/ECF system to all counsel of record.

*Frederick S. Rudesheim*
*Attorney for Plaintiff EAB Global, Inc.*

4915-9864-9639